UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

September 24, 2019

David J. Bradley, Clerk

| | | |
|---|---|---|
| Jessica Jackson, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| *versus* | § | Civil Action H-19-1544 |
| | § | |
| McKinley Homebuilder, Inc. *et al.*, | § | |
| | § | |
| Defendants. | § | |

## Final Dismissal

1. The settlement is approved. (21)

2. This case is dismissed with prejudice.

3. The court retains jurisdiction to enforce the settlement.

Signed on September ___24___, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge